UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | 17-38344 |
| | ) | |
| ELICIA WILLIAMS-COLLINS, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. HUNT |

## NOTICE

**See Attached Service List for Parties and Method of Service.**

Please take notice of the attached Chapter 13 Plan dated May 18, 2018

Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provisions of this plan, you or your attorney must file an objection to confirmation at least 7 days before the date set for the hearing on confirmation, unless otherwise ordered by the Bankruptcy Court. The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015. In addition, you may need to file a timely proof of claim in order to be paid under any plan.

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that copies of this Notice and attachments were served to the above persons or entities, by depositing same in the U.S. Mail at Wheeling, Illinois 60090, with proper postage prepaid, or served electronically by the Bankruptcy Court, before 5:00 p.m. on May 18, 2018.

/s/ Christine H. Clar
Christine H. Clar, ARDC #6202332
Attorney for the Debtor(s)

DAVID M. SIEGEL & ASSOCIATES, LLC
790 Chaddick Drive
Wheeling, Il 60090
847/ 520-8100

## Service List

### The following parties have been served via electronic mail:

US Trustee, USTPRegion11.ES.ECF@usdoj.gov
Marilyn O. Marshall, Chapter 13 Trustee: courtdocs@chi13.com
Ally Financial, c/o James Philbrick: jmphilbrick@att.net
Lakeview Loan Servicing, c/o Toni Townsend: toni.townsend@mccalla.com

### The following parties have been served via regular US Mail:

Elicia Williams-Collins
21624 Dogwood Rd.
Matteson, IL 60443

Acura Financial Services, Nat. Bankruptcy Center
P.O. Box 168088
Irving, TX 75016-8088

Discover Bank
P.O. Box 3025
New Albany, OH 43054-3025

Ally Financial
P.O. Box 130424
Roseville, MN 55113-00004

M & T Bank, Bankruptcy Dept.
P.O. Box 840
Buffalo, NY 14240-0810

BHEA-US Bank
PHEAA
P.O. Box 8147
Harrisburg, PA 171056

Dept. Stores National Bank
c/o Quantum3 Group
P.O. Box 657
Kirkland, WA 98083-0657

South Div CU
9122 S. Kedzie
Evergreen Park, IL 60805

IRS
P.O. Box 7346
Philadelphia, PA 19107-7346

Portfolio Recovery
Synchrony Bank (Walmart)
Barclays Bank (Carnival)
P.O. Box 41067
Norfolk, VA 23541

Capital One
c/o Becket & Lee
P.O. Box 3001
Malvern, PA 19355-0701

Midland Funding
P.O. Box 2011
Warren, MI 48090

State Farm Bank
c/o Becket & Lee
P.O. Box 3001
Malvern, PA 19355-0701

Quantum3 Group
MOMA Funding
P.O. Box 788
Kirkland, WA 98083-0788

Quantum3 Group
JH Portfolio Debt Equities
P.O. Box 788
Kirkland, WA 98083-0788

Bank of America
P.O. Box 982284
El Paso, TX 79998-2238

LVNV Funding/Star Capital/Citibank
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

TD Bank
c/o Weinstein & Riley
2001 Western Ave., Ste. 400
Seattle, WA 98121

Navient PC Trust
P.O. Box 9640
Wilkes-Barre, PA 18773-9640