# United States Bankruptcy Court
**Northern District of Illinois, Eastern Division**

IN RE:   Elicia T Williams-Collins                )   Chapter 13
                                                  )   Case No. 17 B 38344
   Debtor(s)                                      )   Judge LaShonda A. Hunt

## Notice of Motion

Elicia T Williams-Collins
21624 Dogwood Rd
Matteson, IL  60443

Debtor Attorney: David M Siegel
via Clerk's ECF noticing procedures

On November 04, 2019 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 719
> Chicago, IL  60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Tuesday, October 22, 2019.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On December 29, 2017, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on June 04, 2018, for a term of 60 months with payments of $975.00.

The status of the debtor's plan is:

| Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|
| 22 | $20,530.00 | $18,433.50 | $2,096.50 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 10/21/2019
Due Each Month: $975.00
Next Pymt Due: 10/28/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 04/08/2019 | 17109872 | $450.00 | 04/22/2019 | 17145226 | $450.00 |
| 05/06/2019 | 17173706 | $450.00 | 05/20/2019 | 17192671 | $450.00 |
| 06/05/2019 | 17217985 | $450.00 | 06/17/2019 | 17240314 | $450.00 |
| 07/01/2019 | 17258763 | $450.00 | 07/15/2019 | 17278308 | $450.00 |
| 07/15/2019 | 17278314 | $450.00 | 08/12/2019 | 17332137 | $450.00 |
| 09/12/2019 | 17379608 | $450.00 | 09/24/2019 | 17414947 | $450.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL  60604
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE